## MEYER v. CHICAGO, M. & ST. P. RY. CO. et al.

An appeal will be dismissed for want of prosecution where the original record is not filed, and no abstracts or briefs are served or filed by either party.

(Opinion filed, October 20, 1908.)

Appeal from Circuit Court, Miner County. Hon. CHARLES S. WHITING, Judge.

Action by Florence Meyer against the Chicago, Milwaukee & St. Paul Railway Company and others. Judgment for defendants, and plaintiff appeals. Appeal dismissed.

*Chamberlain & Caldwell* and *S. H. Wright,* for appellant. *W. G. Porter,* for respondents.

PER CURIAM. This case appears to have been placed upon the October term calendar, 1907, and on the 26th day of October was submitted. It further appears from an examination of the clerk's record that the original record in the action has never been filed, and that no abstract or briefs have been served or filed by either party.

It is therefore ordered that the appeal be dismissed for want of prosecution.

FULLER, J., taking no part in this decision.